No. 80–5667.  GRAY v. OHIO.  Ct. App. Ohio, Hamilton County.  Certiorari denied.

No. 80–5678.  HYDEN v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 80–5679.  THOMAS v. CARDWELL, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 80–5682.  McNEAL v. BORDENKIRCHER, WARDEN.  Sup. Ct. App. W. Va.  Certiorari denied.

No. 80–5684.  BEAVEN v. BORDENKIRCHER, WARDEN.  Sup. Ct. App. W. Va.  Certiorari denied.

No. 80–5685.  WHITE v. BLOOM ET AL.  C. A. 8th Cir. Certiorari denied.

No. 80–5686.  ARCHIE v. WISCONSIN.  Ct. App. Wis.  Certiorari denied.

No. 80–5687.  PLIES v. PINE TREE MOTEL, INC., ET AL. C. A. 9th Cir.  Certiorari denied.

No. 80–5691.  GIBSON v. MASSACHUSETTS.  Sup. Jud. Ct. Mass.  Certiorari denied.

No. 80–5692.  BOYD v. CITY AND COUNTY OF DENVER, COLORADO, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 80–5698.  WILLIAMSON v. DAVIS, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 80–5703.  McGUGAN v. OHIO.  Ct. App. Ohio, Cuyahoga County.  Certiorari denied.

No. 80–5704.  McGEE v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir.  Certiorari denied.